COMMONWEALTH OF MASSACHUSETTS

SUPREME JUDICIAL COURT

SUFFOLK, ss.                                                                 SJC-11986

LILIANA MARIBEL RIVERA RECINOS

vs.

MARIA ISABEL RECINOS ESCOBAR

ORDER

The judgment of the Probate and Family Court dated March 13, 2015, dismissing the plaintiff's complaint is reversed. The Probate and Family Court has jurisdiction to entertain the plaintiff's case, and the plaintiff is dependent on the court for these purposes. The court shall conduct proceedings forthwith on the plaintiff's complaint and shall act on her requests for relief expeditiously, such that, if the requested findings are made, she will have time to apply to the Federal authorities for special immigrant juvenile status before her twenty-first birthday on December 5, 2015.

This order will serve as the rescript of this court for purposes of Mass. R. A. P. 1 (c), and shall issue to the trial court immediately. Opinion or opinions to follow.

By the Court,

Francis V. Kenneally, Clerk

Date: November 9, 2015